*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

GRAVITY IMAGING, LLC, formerly known as
HORIZON IMAGING, LLC,

UNPUBLISHED
August 18, 2022

Plaintiff/Counterdefendant-Appellant,

v

No. 357548
Oakland Circuit Court
LC No. 2020-182922-CB

814 BERKLEY, LLC,

Defendant/Counterplaintiff-Appellee.

Before: SAWYER, P.J., and SHAPIRO and REDFORD, JJ.

SHAPIRO, J. (*concurring*).

I concur in the result only.

/s/ Douglas B. Shapiro

-1-